# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janice Lynn Cutter<br>　　　　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　　　　Movant<br>　　vs.<br><br>Janice Lynn Cutter<br>　　　　　　　　　Debtor<br><br>Frank Joseph Cutter Jr.<br>　　　　　　　　　Co-Debtor<br><br>Scott Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-12755 AMC<br><br><br><br>11 U.S.C. Section 362 and 1301 (c) |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant, who has possession of the subject secured property, to permit said creditor, its successors and/or assigns to sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN: 2T1BURHE3GC625798 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this　　　　day of　　　　　, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Janice Lynn Cutter
471 Rutt Road
Bangor, PA 18013

Frank Joseph Cutter Jr.
471 Rutt Road
Bangor, PA 18013

Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532