United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-12755-amc
Janice Lynn Cutter                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: PaulP            Page 1 of 1            Date Rcvd: Jul 11, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
db             +Janice Lynn Cutter,    471 Rutt Road,    Bangor, PA 18013-9609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
     CHARLES LAPUTKA    on behalf of Debtor Janice Lynn Cutter claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
     JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
     KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
     SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                  TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Janice Lynn Cutter<br>_Debtor_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs.<br>Janice Lynn Cutter<br>_Debtor_<br>Frank Joseph Cutter Jr.<br>_Co-Debtor_ | NO. 19-12755 AMC<br><br>11 U.S.C. Section 362 and 1301 (c) |
| Scott Waterman<br>_Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant, who has possession of the subject secured property, to permit said creditor, its successors and/or assigns to sell, lease, and otherwise dispose of the 2016 Toyota Corolla, VIN: 2T1BURHE3GC625798  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  11th   day of  July       , 2019.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Janice Lynn Cutter
471 Rutt Road
Bangor, PA 18013

Frank Joseph Cutter Jr.
471 Rutt Road
Bangor, PA 18013

Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532