United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12755-amc
Janice Lynn Cutter                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Aug 13, 2019
                              Form ID: 152            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
```
db              +Janice Lynn Cutter,    471 Rutt Road,    Bangor, PA 18013-9609
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +WELLS FARGO BANK, N.A.,    c/o THOMAS YOUNG HAE SONG,    1617 JFK Blvd. Suite 1400,
                  Philadelphia, PA 19103-1814
14316424        +Capital Bank USA,    C/O Hayt Hayt & Landau LLC,    Meridian Center 1,    2 Industrial Way,
                  Eatontown, NJ 07724-2279
14345534         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14316425        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14316426         Debtor's Son,    Franklin Hill Road,    Bangor, PA 18013
14331892        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
14316434       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N River Blvd NE,
                  Cedar Rapids, IA 52411)
14316433         The Home Depot/ CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
14334946        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
14340365        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14340584        +Toyota Motor Credit Corporation c/o Kevin G. McDon,    KML Law Group, P.C.,    701 Market Street,
                  Suite 5000,    Philadelphia, PA 19106-1541
14344972        +WELLS FARGO BANK, N.A.,    c/o THOMAS YOUNG HAE SONG,    Phelan Hallinan Diamond & Jones, LLP,
                  1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
14343725         WELLS FARGO BANK, N.A.,    C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                  One Penn Center Plaza,    Philadelphia, PA 19103
14316435        +Wells Fargo Bank PCM,    PO BOX 94435,    Albuquerque, NM 87199-4435
14324452         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
14344357         Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                  1000 Blue Gentian Road,    Eagan MN 55121-7700
14321859        +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
14316436        +Wells Fargo Card Service,    Credit Bureau Resolution,    PO BOX 14517,
                  Des Moines, IA 50306-3517
14316437        +Wells Fargo Home Mortgage,    PO BOX 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 03:14:58
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2019 03:15:22     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:53      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14324768        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 03:27:06
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14316427         E-mail/Text: mrdiscen@discover.com Aug 14 2019 03:14:33      Discover Fincl Svc LLC,
                  PO BOX 15316,    Wilmington, DE 19850
14342800         E-mail/Text: mrdiscen@discover.com Aug 14 2019 03:14:33      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14316428        +E-mail/Text: bncnotices@becket-lee.com Aug 14 2019 03:14:35      Kohls Department Store,
                  PO BOX 3115,    Milwaukee, WI 53201-3115
14316430         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 03:16:21
                  Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
14353441         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 03:15:58
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14345510        +E-mail/Text: bankruptcynotices@psecu.com Aug 14 2019 03:15:35      PSECU,    PO BOX 67013,
                  HARRISBURG, PA 17106-7013
14316429        +E-mail/Text: bankruptcynotices@psecu.com Aug 14 2019 03:15:35      Pennsylvania ST EMP CU,
                  PO BOX 67013,    Harrisburg, PA 17106-7013
14316431         E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:41      SYNCB/JCPenny,    PO Box 965007,
                  Orlando, FL 32896-5007
14316432        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:41      SYNCB/Sams Club,    PO Box 965005,
                  Orlando, FL 32896-5005
14351257        +E-mail/Text: bncmail@w-legal.com Aug 14 2019 03:15:16      SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14318010        +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:41      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

```
District/off: 0313-4          User: BarbaraS          Page 2 of 2          Date Rcvd: Aug 13, 2019
                              Form ID: 152            Total Noticed: 40
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14344428*      WELLS FARGO BANK, N.A.,    C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
               One Penn Center Plaza,    Philadelphia, PA 19103
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
          CHARLES   LAPUTKA    on behalf of Debtor Janice Lynn Cutter claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Janice Lynn Cutter
    Debtor(s)

Case No: 19−12755−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/17/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

34
Form 152