<u>UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA</u>

| IN RE:  Janice Lynn Cutter | CHAPTER 7 |
|---|---|
| Debtor | CASE NO.  19-12755 |

<u>STATEMENT OF POST PETITION DEBT</u>

The Debtor, Janice Lynn Cutter, hereby states that she has not incurred any debts after the filing of the original Chapter 13 case.

Dated: December 23, 2019         ATTORNEY FOR DEBTOR:

<u>/s/Charles Laputka</u>
Laputka Law Office, LLO
Charles Laputka, Esquire
1344 W. Hamilton Street
Allentown, PA 18102
610-477-0155