**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Janice Lynn Cutter

: Chapter 7

Debtor(s) : Bankruptcy No. 19-12755

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Magdeline D. Coleman from the calendar of the Honorable Ashely M. Chan.

Dated: December 26, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee