United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Janice Lynn Cutter
        Debtor

Case No. 19-12755-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: Lisa       Page 1 of 2       Date Rcvd: Dec 30, 2019
                    Form ID: 309A       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
```
db            +Janice Lynn Cutter,   471 Rutt Road,   Bangor, PA 18013-9609
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14316424      +Capital Bank USA,   C/O Hayt Hayt & Landau LLC,   Meridian Center 1,   2 Industrial Way,
                Eatontown, NJ 07724-2279
14316426       Debtor's Son,   Franklin Hill Road,   Bangor, PA 18013
14331892      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
14334946      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
14340365      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14344428       WELLS FARGO BANK, N.A.,   C/o Thomas Song, Esq.,   1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,   Philadelphia, PA 19103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: claputka@laputkalaw.com Dec 31 2019 02:34:03        CHARLES LAPUTKA,
                Laputka Law Office,   1344 W. Hamilton St.,   Allentown, PA 18102
tr            +EDI: QLEFELDMAN.COM Dec 31 2019 07:28:00        LYNN E. FELDMAN,   Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 31 2019 02:34:20
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 31 2019 02:34:37        U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 31 2019 02:34:28        United States Trustee,
                Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14324768      +EDI: AIS.COM Dec 31 2019 07:28:00        Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
14345534       EDI: BL-BECKET.COM Dec 31 2019 07:28:00        Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
14316425      +EDI: CHASE.COM Dec 31 2019 07:28:00        Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
14316427       EDI: DISCOVER.COM Dec 31 2019 07:28:00        Discover Fincl Svc LLC,   PO Box 15316,
                Wilmington, DE 19850
14342800       EDI: DISCOVER.COM Dec 31 2019 07:28:00        Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
14316428      +E-mail/Text: bncnotices@becket-lee.com Dec 31 2019 02:34:09        Kohls Department Store,
                PO Box 3115,   Milwaukee, WI 53201-3115
14316430       EDI: PRA.COM Dec 31 2019 07:28:00        Portfolio Recovery Associates,
                120 Corporate Blvd., Suite 100,   Norfolk, VA 23502
14353441       EDI: PRA.COM Dec 31 2019 07:28:00        Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
14345510      +E-mail/Text: bankruptcynotices@psecu.com Dec 31 2019 02:34:52        PSECU,   PO BOX 67013,
                HARRISBURG, PA 17106-7013
14316429      +E-mail/Text: bankruptcynotices@psecu.com Dec 31 2019 02:34:52        Pennsylvania ST EMP CU,
                PO BOX 67013,   Harrisburg, PA 17106-7013
14316431       EDI: RMSC.COM Dec 31 2019 07:28:00        SYNCB/JCPenny,   PO Box 965007,   Orlando, FL 32896-5007
14316432      +EDI: RMSC.COM Dec 31 2019 07:28:00        SYNCB/Sams Club,   PO Box 965005,
                Orlando, FL 32896-5005
14351257      +E-mail/Text: bncmail@w-legal.com Dec 31 2019 02:34:31        SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14318010      +EDI: RMSC.COM Dec 31 2019 07:28:00        Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
14316434       EDI: TFSR.COM Dec 31 2019 07:28:00        Toyota Motor Credit Corp,   5005 N River Blvd NE,
                Cedar Rapids, IA 52411
14316433       EDI: CITICORP.COM Dec 31 2019 07:28:00        The Home Depot/ CBNA,   PO BOX 6497,
                Sioux Falls, SD 57117-6497
14316435      +EDI: WFFC.COM Dec 31 2019 07:28:00        Wells Fargo Bank PCM,   PO BOX 94435,
                Albuquerque, NM 87199-4435
14324452       EDI: WFFC.COM Dec 31 2019 07:28:00        Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
14321859      +EDI: WFFC.COM Dec 31 2019 07:28:00        Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,
                St. Louis Park, MN 55426-4938
14344357       EDI: WFFC.COM Dec 31 2019 07:28:00        Wells Fargo Bank, N.A.,   Default Document Processing,
                MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
14316436      +EDI: WFFC.COM Dec 31 2019 07:28:00        Wells Fargo Card Service,   Credit Bureau Resolution,
                PO Box 14517,   Des Moines, IA 50306-3517
14316437      +EDI: WFFC.COM Dec 31 2019 07:28:00        Wells Fargo Home Mortgage,   PO BOX 10335,
                Des Moines, IA 50306-0335
                                                                               TOTAL: 27
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Dec 30, 2019
                              Form ID: 309A           Total Noticed: 39
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
         CHARLES   LAPUTKA   on behalf of Debtor Janice Lynn Cutter claputka@laputkalaw.com,
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
         JEROME B. BLANK   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
         KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         LYNN E. FELDMAN   trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
         ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ecfmail@readingch13.com
         SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com
         THOMAS YOUNG.HAE SONG   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Janice Lynn Cutter** | Social Security number or ITIN   **xxx–xx–4396** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed in chapter 13     **4/30/19** |
| Case number:   **19–12755–mdc** | | Date case converted to chapter 7    **12/24/19** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Janice Lynn Cutter | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 471 Rutt Road Bangor, PA 18013 | | |
| 4. | **Debtor's attorney** Name and address | CHARLES LAPUTKA Laputka Law Office 1344 W. Hamilton St. Allentown, PA 18102 | | Contact phone (610) 477–0155 Email:  claputka@laputkalaw.com |
| 5. | **Bankruptcy trustee** Name and address | LYNN E. FELDMAN Feldman Law Offices PC 221 N. Cedar Crest Blvd. Allentown, PA 18104 | | Contact phone (610) 530–9285 Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor  **Janice Lynn Cutter**                                               Case number **19–12755–mdc**

| | | |
|---|---|---|
| **6.   Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 12/30/19 |
| **7.   Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 5, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Room #1610, First Floor, Allentown, PA 18101** |
| **8.   Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.   Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/5/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |