United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 19-12755-pmm
Janice Lynn Cutter                                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 2                 Date Rcvd: Jun 22, 2020
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
```
db            +Janice Lynn Cutter,   471 Rutt Road,   Bangor, PA 18013-9609
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14316424      +Capital Bank USA,   C/O Hayt Hayt & Landau LLC,   Meridian Center 1,   2 Industrial Way,
                Eatontown, NJ 07724-2279
14316426       Debtor's Son,   Franklin Hill Road,   Bangor, PA 18013
14331892      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
14334946      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
14340365      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14344428       WELLS FARGO BANK, N.A.,   C/o Thomas Song, Esq.,   1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,   Philadelphia, PA 19103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QLEFELDMAN.COM Jun 23 2020 08:23:00      LYNN E. FELDMAN,   Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 05:08:02
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2020 05:09:43      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14324768      +EDI: AIS.COM Jun 23 2020 08:23:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
14345534       EDI: BL-BECKET.COM Jun 23 2020 08:23:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
14316427       EDI: DISCOVER.COM Jun 23 2020 08:23:00      Discover Fincl Svc LLC,   PO BOX 15316,
                Wilmington, DE 19850
14342800       EDI: DISCOVER.COM Jun 23 2020 08:23:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
14316425       EDI: JPMORGANCHASE Jun 23 2020 08:23:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850
14316428      +E-mail/Text: bncnotices@becket-lee.com Jun 23 2020 05:07:36      Kohls Department Store,
                PO BOX 3115,   Milwaukee, WI 53201-3115
14316430       EDI: PRA.COM Jun 23 2020 08:23:00      Portfolio Recovery Associates,
                120 Corporate Blvd., Suite 100,   Norfolk, VA 23502
14353441       EDI: PRA.COM Jun 23 2020 08:23:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
14345510      +E-mail/Text: bankruptcynotices@psecu.com Jun 23 2020 05:10:56      PSECU,   PO BOX 67013,
                HARRISBURG, PA 17106-7013
14316429      +E-mail/Text: bankruptcynotices@psecu.com Jun 23 2020 05:10:56      Pennsylvania ST EMP CU,
                PO BOX 67013,   Harrisburg, PA 17106-7013
14316431       EDI: RMSC.COM Jun 23 2020 08:23:00      SYNCB/JCPenny,   PO Box 965007,   Orlando, FL 32896-5007
14316432      +EDI: RMSC.COM Jun 23 2020 08:23:00      SYNCB/Sams Club,   PO Box 965005,
                Orlando, FL 32896-5005
14351257      +E-mail/Text: bncmail@w-legal.com Jun 23 2020 05:09:32      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14318010      +EDI: RMSC.COM Jun 23 2020 08:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
14316434       EDI: TFSR.COM Jun 23 2020 08:23:00      Toyota Motor Credit Corp,   5005 N River Blvd NE,
                Cedar Rapids, IA 52411
14316433       EDI: CITICORP.COM Jun 23 2020 08:23:00      The Home Depot/ CBNA,   PO BOX 6497,
                Sioux Falls, SD 57117-6497
14316435      +EDI: WFFC.COM Jun 23 2020 08:23:00      Wells Fargo Bank PCM,   PO BOX 94435,
                Albuquerque, NM 87199-4435
14324452       EDI: WFFC.COM Jun 23 2020 08:23:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
14321859      +EDI: WFFC.COM Jun 23 2020 08:23:00      Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,
                St. Louis Park, MN 55426-4938
14344357       EDI: WFFC.COM Jun 23 2020 08:23:00      Wells Fargo Bank, N.A.,   Default Document Processing,
                MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
14316436      +EDI: WFFC.COM Jun 23 2020 08:23:00      Wells Fargo Card Service,   Credit Bureau Resolution,
                PO BOX 14517,   Des Moines, IA 50306-3517
14316437      +EDI: WFFC.COM Jun 23 2020 08:23:00      Wells Fargo Home Mortgage,   PO BOX 10335,
                Des Moines, IA 50306-0335
                                                                                              TOTAL: 25
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

```
District/off: 0313-4          User: Randi              Page 2 of 2             Date Rcvd: Jun 22, 2020
                              Form ID: 318             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:

```
          CHARLES   LAPUTKA    on behalf of Debtor Janice Lynn Cutter claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Janice Lynn Cutter** | Social Security number or ITIN    **xxx–xx–4396** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **Eastern District of Pennsylvania**

Case number:    **19–12755–pmm**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Janice Lynn Cutter

6/22/20

**By the court:**    Patricia M. Mayer
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**